# United States District Court
## Violation Notice

CVB Location Code
OR23

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBHZ00JU | Mireles | 2342 |

FBHZ00JU

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 04/19/2026 15:50 | FED 36CFR261.12G |

Place of Offense
NF-4841 & NF-48

Offense Description: Factual Basis for Charge
no insurance

HAZMAT ☐

## DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Bell | Robby | J |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult   ☐ Juvenile   Sex ☐ M  ☐ F   Race | Hair | Eyes | Height | Weight

## VEHICLE
VIN: CCQ145Z115635    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | 1975 | CHEV/PU | ☐ | LBL |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 200.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 230.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete      Original - CVB Copy      FS-5300-4 (7/05)

FBHZ00JU

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____04/19/2026_____ while exercising my duties as a law enforcement

officer in the _____ District of _____OR_____

Pursuant to 16USC 551: On April 19, 2026, at approximately 1600 hours, I, Officer J. MIRELES, was exercising my duties as a Law Enforcement Officer on the Mt. Hood National Forest, Barlow Ranger District, in the Judicial District of Oregon. While on routine patrol in the area of National Forest Road NF4841 near NF48, I observed a male driving a pickup truck with no license plates. I contacted the driver and asked if he had plates for the vehicle. He stated he had recently gotten the truck running and was taking it out to test it. I requested driver's license, registration, and proof of insurance. The driver stated he only had his driver's license. I identified him as ROBBY J. BELL by his Oregon Driver License. I photographed the vehicle's VIN. Wasco County Dispatch advised that the vehicle's registration had expired in 1994 and that there was no insurance on file.

I issued ROBBY J. BELL a verbal warning for violating 36 CFR 261.12(g), Criminal traffic violation defined by ORS 803.540, Failure to Display Plates (front and rear, plainly visible and easily readable). I issued ROBBY J. BELL a verbal warning for violating 36 CFR 261.12(g), Criminal traffic violation defined by ORS 803.300, Failure to Register.

I personally issued ROBBY J. BELL a Violation Notice for violating 36 CFR 261.12(g), Criminal traffic violation defined by ORS 806.010, Driving Uninsured.

Evidence: Body camera footage.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
_____04/19/2026_____
Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:
_____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;          PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;          CMV = Commercial vehicle involved in incident